UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
DIVISION TALLAHASEE

C.A. NO.

ELVIS PRESLEY
ENTERPRISES, INC. and ELVIS
PRESLEY ENTERPRISES, LLC

    Plaintiffs,

       v.

BUD GLASS PRODUCTIONS and
BUD GLASS, Individually and as officer,
director, employee and shareholder of
BUD GLASS PRODUCTIONS INC.

    Defendants.

4:11cv50-SPM/WCS

### _AFFIDAVIT OF POPP IN SUPPORT OF PLAINTIFFS'_
### _COMPLAINT AND EX-PARTE MOTION TO_
### _SEIZE INFRINGING PRODUCTS_

I, Brittni Popp, based upon my personal knowledge and upon information and belief, depose and state that:

1.    I am an investigator working with the firm of Investigative Consultants located in Torrance, California. IC specializes in the investigation of trademark and copyright counterfeiting. Our firm was retained by outside litigation counsel for EPE, Inc. to conduct an investigation into a certain DVD box set involving Elvis Presley.

2.    The matters set forth herein are true and correct and of my own personal knowledge, or comprise matters known to me through my employment and position with Investigative Consultants, and if called upon to testify to these matters, I could and would

Gallant &
Ervin, LLC
One Olde
North Rd.,
Suite 103
Chelmsford
MA 01824

do so competently, except as to those matters stated on information and belief, and as to such matters I believe them to be true.

3.   Our office was provided with an email sent by the Defendants.  On or about October 18, 2010, I directed an email to: bglass@nettally.com inquiring as to the Infringing Product and received a response email from Defendants that same day.  A true copy of the pertinent email string of communications with Defendants is annexed to my Declaration as Exhibit "A."

4.   On October 22, 2010, I sent an additional email to Defendant Bud Glass and received a response on October 25, 2010.  On November 1, 2010, I exchanged multiple emails with Bud Glass to address concerns raised by him since he did not recognize the email address that I was utilizing to confirm his activities.   Specifically, he stated: "please send me the person's name and their e-mail and I will look in my 'sent' box."

5.   Later that day on November 1, 2010, I supplied the requested email address.   Thereafter on November 8, 2010 the Defendant forwarded to me a response email. See Exhibit "A."

6.   After receipt of this email, I directed multiple emails to the Defendants on November 10, 2010, November 15, 2010 and November 16, 2010 inquiring into purchasing the Infringing Product.

7.   On November 16, 2010 I received a response from the Defendants requesting that I direct a money order payable to "Bud Glass" to P.O. Box 180187, Tallahassee, Florida.

Gallant &
Ervin, LLC
One Olde
North Rd.,
Suite 103
Chelmsford
MA 01824

2

8.     On November 29, 2010 I sent a money order to the Defendants in the amount of $365.00.

9.     On December 10, 2010, I inquired as to the status of the purchase and was informed by the Defendants that "have not received it yet. The box is not released yet . . .should be the end of the month. I will send you as soon as it comes in."

10.     On December 17, 2010, I received an additional detailed email from the Defendants describing the Infringing Product specifically referencing the performances which were contained on the multiple DVDs including the CBS TV Special.

11.     On January 3, 2011, I directed an additional email to the Defendants inquiring as to the status of the order for the Infringing Product.  On January 4, 2011 the Defendants responded "should know something soon."

12.     On January 11, 2011, I directed an additional email concerning the status of the order for the Infringing Product and received the following response from the Defendants: "I am still awaiting word on the shipment of the box set to me from overseas. When I get them or at least hear something I will let you know."

13.     Thereafter on January 18, 2011, I received an email from Defendants stating: "Box sets will be in this week!  Will ship yours as soon as they get here."

14.     On January 19, 2011, I received the following email from the Defendants: "The Final Curtain-77' Box Set was sent to you today, priority mail/ signature required. Please let me know when it comes in. YOU ARE GONNA LOVE THIS!!!"

15.     On January 24, 2011 I received the Infringing Product from the Defendants, which package indicated it had been shipped from Bud Glass, P.O. Box 180187 Tallahassee, Florida.

17.     Based upon my communications with Mr. Glass, and my experience and training working as a licensed intellectual property investigator, it is evident that he knows that what he is doing is illegal, that he is extremely cautious about his activities, and that he goes to great lengths to shield himself from being discovered. It is highly likely that if he were informed about a lawsuit, he would move, hide, conceal and destroy any information relative to his activities.

18.     At no time during my conversations with Mr. Glass did I inform him that I was an investigator or that any of the Plaintiffs were contemplating a lawsuit against him or that any party is planning to conduct an ex-parte seizure against him.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF JANUARY 2011.



Gallant &
Ervin, LLC
One Olde
North Rd.,
Suite 103
Chelmsford
MA 01824

4

# EXHIBIT "A"

**Re: HELLOOO?!?!?!?!?**

Mon, October 18, 2010 3:48:06 PM

From: **Bud Glass** <bglass@netlally.co ..   View Contact
To: Baily Brown <bestofbaileys@yahoo com>

you have the correct e-mail address. E-mail is the best way to reach me. Please let me know what questions you have and I will do all I can to answer them.

Sincerely,
Bud

Bud Glass Productions

—— Original Message ——
From: Baily Brown
To: bglass@netlally.com
Cc: budglass@behind-the-image.com
Sent: Monday, October 18, 2010 5:25 PM
Subject: HELLOOO?!?!?!?!?

Hello-

My name is Bailey Brown and I'm a huge Elvis fan!! I just returned from Memphis, Tennessee and took a tour of the Graceland mansion. I was in heaven. What an experience that was. I have a couple of friends who are on your mailing list. I just wanted to see how I can go about getting on that and receiving that information. I had acouple of questions and I tried calling the number on your website. If someone could get back to me that would be greatly appreciated.

Thanks so much.

Bailey Brown
bestofbaileys@yahoo.com
702-513-7952
||||||||||||||||||

Re:

Mon, October 25, 2010 4:48:23 AM

From: Bud Glass <bglass@nettally.cn    View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

Sorry, I have been out of town.
Please ask Katie to send you the e-mail you are talking about that she said I sent her.  then forward it to me.
thanks,
Bud

----- Original Message -----
From: Baily Brown
To: bglass@nettally.com
Sent: Friday, October 22, 2010 3:10 PM

Hello Bud its so good to hear from you. I have been an Elvis fan for sometime now. One of my best friends Katie is on your mailing list and gets all of the latest updates through you. She lives in Tennessee but I live in Las Vegas. I just recently came back from Tennessee and visited Elvis house. What an amazing experience. I was wondering how I can become apart of your mailing list. My friend Katie also told me about the Boxcar Elvis 77 the Final Curtain. I would dlleee to get this when its available. If you could let me know what I can do to get Elvis updates from you that would be awesome!! I feel that your the ultimate fan that I could recieve good information and facts from. My friend talks about your newsletters all the time!!

Here is my information I just wasnt sure how to be apart of your newsletter through which website of yours. If you could get back to me that would be great!

Thanks so much.

Bailey Brown
bestofbaileys@yahoo.com

**Re: Re:**                                                                                      Mon, November 1, 2010 12:54:37 PM

From: Bud Glass <bglass@nettally.co..   View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

please send me the person's name and their e-mail address and I will look in my "sent" box

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Monday, November 01, 2010 1:13 PM
Subject: Re:

I dont know how to forward the email from you becasue she can't find it she thinks she deleted it. Am I totally olut of luck here?? Hopefully you can help me!!

---

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Sat, October 30, 2010 10:29:58 AM
Subject: Fw:

---- Original Message ----
From: Bud Glass
To: Baily Brown
Sent: Monday, October 25, 2010 6:48 AM
Subject: Re:

Sorry, I have been out of town.
Please ask Katie to send you the e-mail you are talking about that she said I sent her.  then forward it to me.
thanks,
Bud

---- Original Message ----
From: Baily Brown
To: bglass@nettally.com
Sent: Friday, October 22, 2010 3:10 PM

Hello Bud its so good to hear from you. I have been an Elvis fan for sometime now. One of my best friends Katie is on your mailing list and gets all of the latest updates through you. She lives in Tennessee but I live in Las Vegas. I just recently came back from Tennessee and visited Elvis house. What an amazing experience. I was wondering how I can become apart of your mailing list. My friend Katie also told me about the Boxcar Elvis 77 the Final Curtain. I would dilieee to get this when its avaialble. If you could let me know what I can do to get Elvis updates from you that would be awesome!! I feel that your the ultimate fan that I could recieve good information and facts from. My friend talks about your newsletters all the time!!

Here is my information I just wasnt sure how to be apart of your newsletter through which website of yours. If you could get back to me that would be great!

Thanks so much.

Bailey Brown
bestofbaileys@yahoo.com

**Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**

Mon November 8, 2010 4:36:28 PM

From  Bud Glass <bglass@nettally.co    View Contact
To   Baily Brown <bestofthabeys@yahoo.com>

2 Files  View Slideshow  Download All
77d.jpg (641KB)  Elvis 1977 - The Final Curtain Box Cover 2.jpg (202KB)


**PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE. THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY. TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE. SO PLEASE KEEP THIS INFORMATION TO YOURSELF.**

The following box set is a one of a kind set.  Unlike anything you will ever see in the Elvis world.  It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime.  Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release. ONLY 1500 copies will be made. for this reason, I am taking orders now. If you order, you must send payment
immediately,
and understand it will be at least a month before it is released.  If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky.  But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($180.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59.  ....so individually, this would all cost $467.  plus shipping.  and I guarantee you, a month after its release, the price will be up over $500.

**YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)**
*Includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS


## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced that this set will be out before the end of the year but will only be Limited to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.   Some expect as much as $500. or more.

**youtube link:**

http://www.youtube.com/watch?v=PC1aVqBT8qY&feature=player_embedded#!

**Direct download link (in case youtube is taken down):**

http://www.megaupload.com/?d=2181A2W7


2 Images | View Slideshow | Download Selected | Download All





☐  77d.jpg
(641KB)

☐  Elvis 1977 - The Final Curtain
Box Cover 2.jpg
(202KB)

**Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**

Tue November 16, 2010 6:25 07 PM

From: Bud Glass <bglass@nettally.co   View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

you can order now.
please send a postal money order if possible, to:

Bud Glass
P.O. Box 180187
Tallahassee, FL  32318

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Monday, November 15, 2010 11:17 AM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

---

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 8, 2010 4:36:28 PM
Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE. THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY.
TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE. SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one of a kind set.  Unlike anything you will ever see in the Elvis world.  It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime.  Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release.  ONLY 1500 copies will be made.  for this reason, I am taking orders now.  If you order, you must send payment immediately,
and understand it will be at least a month before it is released.  If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky.  But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($180.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59.  ....so individually, this would all cost $467. plus shipping.  and I guarantee you, a month after its release, the price will be up over $500.

YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)
*includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS

## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced that this set will be out before the end of the year but will only be Limited to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.   Some expect as much as $500. or more.

youtube link:

http://www.youtube.com/watch?v=PC1aVgBT8qY&feature=player_embedded!

Direct download link (in case youtube is taken down):

http://www.megaupload.com/?d=2181A2W7

**Re:**

From  Bud Glass <bglass@nettally.co    View Contact
To    Baily Brown <bestofbaileys@yahoo.com>

Tue, November 16, 2010 6:27:31 PM

I will send you several e-mails that show all of my productions that are now available, in case you do not have them.
If you order several items at the same time, I can give you a discount.

thanks,
Bud

----- Original Message -----
From: Baily Brown
To: bglass@nettally.com
Sent: Friday, October 22, 2010 2:10 PM

Hello Bud its so good to hear from you. I have been an Elvis fan for sometime now. One of my best friends Katie is on your mailing list and gets all of the latest updates
through you. She lives in Tennessee but I live in Las Vegas. I just recently came back from Tennessee and visited Elvis house. What an amazing experience. I was wondering how I can
become apart of your mailing list. My friend Katie also told me about the Boxcar Elvis 77 the Final Curtain. I would diieee to get this when its available. If you could let me know what I
can do to get Elvis updates from you that would be awesome!! I feel that your the ultimate fan that I could recieve good information and facts from. My friend talks about your newsletters
all the time!!

Here is my information I just wasnt sure how to be apart of your newsletter through which website of yours. If you could get back to me that would be great!

Thanks so much.

Bailey Brown
bestofbaileys@yahoo.com

**Re: Re:**                                                                                              Tue, November 23, 2010 12:39:07 PM

From  Bud Glass <bglass@nettally.co    View Contact
To    Baily Brown <bestofbaileys@yahoo.com>

thye are saying sometime in December. I will let you know when I know for sure.

take care,
Bud

----- Original Message -----
**From:** Baily Brown
**To:** Bud Glass
**Sent:** Tuesday, November 23, 2010 1:54 PM
**Subject:** Re:

I will be sending the money order to you today. Do you know when I should be expecting my order? In time for Christmas? Let me know. I will also put a
piece of paper in my order stating where I would like you to send it to (my return address).

Thanks so much,

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702-513-7952**

_____

**From:** Bud Glass <bglass@nettally.com>
**To:** Baily Brown <bestofbaileys@yahoo.com>
**Sent:** Mon, November 22, 2010 4:18:40 PM
**Subject:**

$365. *Includes shipping

**Re: Re:**

From  Bud Glass <bglass@nettally.co    View Contact
To  Baily Brown <bestofbaileys@yahoo.com>

have not received it yet. the box is not released yet... should be the end of the month.
I will send it to you as soon as it comes in.

Bud

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Friday, December 10, 2010 1:33 PM
Subject: Re: Re:

Bud—

I sent my money order to you awhile ago, did you recieve it? I was wondering when I should be expecting my Elvis Boxcar 77 DVD set. Let me know or give me an estimate.

Thanks so much,

**Bailey Brown**
**bestofbaileys@yahoo.com**
702-513-7952

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Tue, November 23, 2010 12:36:07 PM
Subject: Re: Re:

thye are saying sometime in December. I will let you know when I know for sure.

take care,
Bud

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Tuesday, November 23, 2010 1:54 PM
Subject: Re:

I will be sending the money order to you today. Do you know when I should be expecting my order? In time for Christmas? Let me know. I will also put a piece of paper in my order stating where I would like you to send it to (my return address).

Thanks so much,

**Bailey Brown**
**bestofbaileys@yahoo.com**
702-513-7952

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 22, 2010 4:18:40 PM
Subject:

$365. *Includes shipping

**Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**                          Tue, December 14, 2010 4:49:11 PM

From: Bud Glass <bglass@nettally.co>     View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

General message to all who ordered the 77' box set:

Hello,

I have just been told that the new 77' box is in Pal format. I was never told this before today or I would have disclosed it when I sent the initial information.
Hopefully, it will work on your DVD player. As you will soon see, this box set is too good to not be able to get and enjoy.

Don't forget, this box set also contains a large book, and several unreleased soundboard concerts from the last tour. the DVDs are only a part of it. Naturally, you
will want to enjoy the DVDs as well, so I know personally, I will pay the $29. to get a new cheap DVD player before I do without this greatly anticipated box set in my collection

The good news is, most newer DVD players will play it. Some older models will not.
There is a simple solution if you get it and the DVDs do not play:

Below are a few links to really cheap DVD players that play NTSC (American)
and Pal (European). Wal-Mart has them as well. Apex sells a real cheap one. The funny thing is, the cheaper the DVD player, the more formats they seem to play.
just check at Walmart or Target, or do a google search for NTSC/PAL DVD PLAYERS.

I am sorry that you are just finding this out now, but I just found out now myself.

Please let me hear from all who ordered and let me know what you would like to do.

http://www.google.com/products/catalog?hl=&q=ntsc/pal+dvd+player&rlz=1B3GGGL_enUS234US234&um=1&ie=UTF-
8&cid=7010164652365487640&ei=SPcHTcLxMcObloeT1bHvDQ&sa=X&oi=product_catalog_result&ct=result&resnum=6&ved=0CEwQ8wIwBQ

http://www.amazon.com/Coby-DVD-224-Compact-Player-Black/dp/B000261N6M/ref=sr_1_8?s=electronics&ie=UTF8&qid=1292368818&sr=1-8

—— Original Message ——
From: Baily Brown
To: Bud Glass
Sent: Monday, November 15, 2010 11:17 AM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 8, 2010 4:36:28 PM
Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE.  THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A
REALITY.
TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE.  SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one of a kind set.  Unlike anything you will ever see in the Elvis world.  It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime.  Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release.  ONLY 1500 copies will be made.  for this reason, I am taking orders now.  If you order, you must send payment
immediately,
and understand it will be at least a month before it is released.  If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky.  But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($180.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59.  ...so individually, this would all cost $467.  plus shipping.  and I guarantee you, a month after its release, the price will be up over $500.

YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)
*includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS

## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page
book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards.
However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have
surfaced that this set will be out before the end of the year but will only be Limited to 1500 copies. It is also estimated that the initial

cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.   Some expect as much as $500. or more.

**youtube link:**

http://www.youtube.com/watch?v=PC1aVqBT8qY&feature=player_embedded!

**Direct download link (in case youtube is taken down):**

http://www.megaupload.com/?d=2181A2W7

Re: Re:

From: Bud Glass <bglass@nettally.co    View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

Tue, December 14, 2010 5:11:18 PM

never received the money order. when did you send it?
please confirm the address:

Bud Glass
P.O. Box 180187
Tallahassee, FL 32318

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Friday, December 10, 2010 1:33 PM
Subject: Re: Re:

Bud--

I sent my money order to you awhile ago, did you recieve it? I was wondering when I should be expecting my Elvis Boxcar 77 DVD set. Let me know or
give me an estimate.

Thanks so much,

Bailey Brown
bestofbaileys@yahoo.com
702-513-7952

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Tue, November 23, 2010 12:36:07 PM
Subject: Re: Re:

thye are saying sometime in December. I will let you know when I know for sure.

take care,
Bud

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Tuesday, November 23, 2010 1:54 PM
Subject: Re:

I will be sending the money order to you today. Do you know when I should be expecting my order? In time for Christmas? Let me know. I will also put a
piece of paper in my order stating where I would like you to send it to (my return address).

Thanks so much,

Bailey Brown
bestofbaileys@yahoo.com
702-513-7952

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 22, 2010 4:18:40 PM
Subject:

$365. *includes shipping

Re: Re:

Tue, December 14, 2010 5:39:50 PM

From: Bud Glass <bglass@nettally.co    View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

it never came. will keep watching for it.

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Tuesday, December 14, 2010 6:33 PM
Subject: Re: Re:

Yes, I sent it awhile ago to you...

The address is exactly where I sent it!!!

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702-513-7952**

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Tue, December 14, 2010 5:11:18 PM
Subject: Re: Re:

never received the money order. when did you send it?
please confirm the address:

Bud Glass
P.O. Box 180187
Tallahassee, FL  32318

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Friday, December 10, 2010 1:33 PM
Subject: Re: Re:

Bud--

I sent my money order to you awhile ago, did you recieve it? I was wondering when I should be expecting my Elvis Boxcar 77 DVD set. Let me know or
give me an estimate.

Thanks so much,

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702-513-7952**

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Tue, November 23, 2010 12:36:07 PM
Subject: Re: Re:

thye are saying sometime in December. I will let you know when I know for sure.

take care,
Bud

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Tuesday, November 23, 2010 1:54 PM
Subject: Re:

I will be sending the money order to you today. Do you know when I should be expecting my order? In time for Christmas? Let me know. I will also put
a piece of paper in my order stating where I would like you to send it to (my return address).

Thanks so much,

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702-513-7952**

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 22, 2010 4:18:40 PM
Subject:

$365. *includes shipping

Re: Re:                                                                              Tue December 14, 2010 5 54:01 PM
  From: Bud Glass <bglass@nettaliv.co>  View Contact
  To: Baily Brown <bestofbaileys@yahoo.com>

mail is slow sometimes coming into Tallahassee for some reason.
Could you have inverted some of the numbers?
one time someone sent mail to box 16187 instead of 180187
it got returned to them, and they had to resend it.

> ----- Original Message -----
> From: Baily Brown
> To: Bud Glass
> Sent: Tuesday, December 14, 2010 6:44 PM
> Subject: Re: Re:
>
> If its coming from California regular mail it should not take that long correct?
>
> **Bailey Brown**
> bestofbaileys@yahoo.com
> 702-513-7952
>
>
> From: Bud Glass <bglass@nettaliv.com>
> To: Baily Brown <bestofbaileys@yahoo.com>
> Sent: Tue, December 14, 2010 5:39:50 PM
> Subject: Re: Re:
>
> it never came.  will keep watching for it.
>
> > ----- Original Message -----
> > From: Baily Brown
> > To: Bud Glass
> > Sent: Tuesday, December 14, 2010 6:33 PM
> > Subject: Re: Re:
> >
> > Yes, I sent it awhile ago to you...
> >
> > The address is exactly where I sent it!!!
> >
> > **Bailey Brown**
> > bestofbaileys@yahoo.com
> > 702-513-7952
> >
> >
> > From: Bud Glass <bglass@nettaliv.com>
> > To: Baily Brown <bestofbaileys@yahoo.com>
> > Sent: Tue, December 14, 2010 5:11:18 PM
> > Subject: Re: Re:
> >
> > never received the money order.  when did you send it?
> > please confirm the address:
> >
> > Bud Glass
> > P.O. Box 180187
> > Tallahassee, FL  52318
> >
> > > ----- Original Message -----
> > > From: Baily Brown
> > > To: Bud Glass
> > > Sent: Friday, December 10, 2010 1:33 PM
> > > Subject: Re: Re:
> > >
> > > Bud--
> > >
> > > i sent my money order to you awhile ago, did you recieve it? I was wondering when I should be expecting my Elvis Boxcar 77 DVD set. Let me know
> > > or give me an estimate.
> > >
> > > Thanks so much,
> > >
> > > **Bailey Brown**
> > > bestofbaileys@yahoo.com
> > > 702-513-7952
> > >
> > >
> > > From: Bud Glass <bglass@nettaliv.com>
> > > To: Baily Brown <bestofbaileys@yahoo.com>
> > > Sent: Tue, November 23, 2010 12:36:07 PM
> > > Subject: Re: Re:
> > >
> > > thye are saying sometime in December. I will let you know when I know for sure.
> > >
> > > take care,
> > > Bud

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Tuesday, November 23, 2010 1:54 PM
Subject: Re:

I will be sending the money order to you today. Do you know when I should be expecting my order? In time for Christmas? Let me know. I will also put a piece of paper in my order stating where I would like you to send it to (my return address).

Thanks so much,

Bailey Brown
bestofbaileys@yahoo.com
702-513-7952

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 22, 2010 4:18:40 PM
Subject:

$385. *Includes shipping

**Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**                                    Wed, December 15  2010 9:00:22 PM

From: Bud Glass <bglass@nettallv.co   View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

Still have not received the check.
did you get my e-mail about the pal sysyem dvds?
need confirmation you still want to order
thanks,
Bud

---- Original Message ----
From: Baily Brown
To: Bud Glass
Sent: Monday, November 15, 2010 11:17 AM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <bglass@nettallv.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 8, 2010 4:36:28 PM
Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE.  THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY.
TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE.  SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one of a kind set.  Unlike anything you will ever see in the Elvis world.  It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime.  Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release.  ONLY 1500 copies will be made.  for this reason, I am taking orders now.  If you order, you must send payment immediately,
and understand it will be at least a month before it is released.  If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky.  But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($160.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59.  ...so individually, this would all cost $467. plus shipping. and I guarantee you, a month after its release, the price will be up over $500.

YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)
*includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS


## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced that this set will be out before the end of the year but will only be limited to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.  Some expect as much as $500. or more.

**youtube link:**

http://www.youtube.com/watch?v=PC1aVqBT8qY&feature=player_embedded!

**Direct download link (in case youtube is taken down):**

http://www.megaupload.com/?d=2181A2W7

Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER                                    Fri, December 17, 2010 8 13 03 PM
From  Bud Glass <bglass3@netzefy.co        View Contact
To  Bally Brown <bestofelvisyzk@yahoo.com>

## BOXCAR: THE FINAL CURTAIN - THE FINAL DETAILS

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' final details are now available.

### LIMITED EDITION OF ONLY 1,500 COPIES MADE.

This comprises of a 400 page jam packed book with 6 CD'S and 6 DVD's **(PAL ONLY)** with hours of unreleased footage and new complete soundboards all housed in a large and heavy beautiful box set.

The book is packed with more than a thousand pictures mostly never before seen with reviews, full text featuring all the tours and rare facts etc and, a layout that made what most people thought impossible to do, a 1977 book finally look worthy of a release. Printed on beautiful silk paper this hard back edition is a must for any fan.

In essence, the CD's feature mainly on the earlier tours where as the DVD's are on the later of 1977.

The 6 CD collection includes 3 new shows featuring the lost recorded performance of Orlando on February 15th, Saginaw 's May 3rd and Madison 's June 24th.

Also included on the CD's are highlighted show recordings from 1977 and has a new version of Elvis' last show in Indianapolis, which has had an updated transfer from the original dual audience reel tape and re-mastered to exceptional sound quality than ever before. This box could not be complete without having the last show, the final curtain, being in the final sound quality. All of the audio materials contained in the box are taken from 1st generation copies of original Soundboard/RCA tapes.

The Orlando show was recorded in binaural with the band and orchestra on the right channel and the piano on the left. Elvis' voice is inaudible on this recording and was considered by many, a lost recording. The most sophisticated re-mastering technique was used to bring Elvis' voice to the foreground; otherwise, this show would have been lost forever!

With Madison from June 24th, this is the only complete Elvis show from 1977 to exist on soundboard and to this day, is the last known soundboard recording concert of Elvis Presley to be released.
The material for this show was taken from an original master tape. Although the tape suffered some minor damage, we are very pleased with the results. Also for the first time we have Jerome 'Stump' Munroe on drums instead of Ronnie Tutt.

On the many other recordings on the CD collection, fans will be pleased to know that all tracks previously released have been updated and, they will notice the difference. Some of the more recent single song releases from **Abilene** and Chicago have all now been corrected and there is even another bonus 'My Way' unreleased track from Chicago included.

The 6 DVD **(ONLY IN PAL)** collection is an absolute must have, this includes 8mm footage with more than 2 hours of unreleased footage with the best sound possible on all footage. The 8mm DVD's are dual layered for maximum length with maximum quality and all have multi angle viewing. Included in this section is 36 minutes of unreleased footage from Indianapolis alone. Me you really can see Elvis, close!

The DVD set also includes the CBS TV Special and is a very special treat for fans. For the first time ever, using a 1st Generation digital copy of a TV Station tape, (originally used to broadcast 'The Special' in October 1977) it has been re-mastered frame by frame and now finally, released to fans after 33 years to watch this in all its glory!

We also have the most up to date release of the last 2 professionally filmed Elvis shows taped for the CBS TV Special in 1977. These were the shows that were recorded in Omaha and Rapid City .

These come from a tape source four generations better than previously used before. Not only have these 2 shows been painstakingly restored and re-mastered frame by frame, but for the first time, it will include new unreleased footage from Rapid City , making this show practically complete. In fact all that is missing is just a few of the introductions. The new footage found from Omaha now makes this show 100% complete!

This boxset is now sold out due to pre orders. Next release in February

TRACKLISTING:

**CD 1**

**West Palm Beach, FL**
*(February 13, 1977)*

1. Little Sister
2. You Gave Me A Mountain
3. Blue Suede Shoes
4. O Sole Mio/It's Now Or Never
5. My Way
6. All Shook Up/Teddy Bear/Don't Be Cruel
7. And I Love You So
8. Fever

9. Blueberry Hill
10. Hurt
11. Hound Dog
12. Jailhouse Rock
13. Can't Help Falling In Love

St. Petersburg, FL *(February 14, 1977)*

14. If You Love Me (Let Me Know)
15. You Gave Me A Mountain
16. O Sole Mio*/It's Now Or Never
17. All Shook Up/Teddy Bear/Don't Be Cruel
18. And I Love You So
19. Fever
20. My Way
21. Blueberry Hill
22. Love Letters
23. Introductions/Hail Hail Rock n' Roll
24. Hurt
25. Hound Dog
26. Can't Help Falling In Love
27. Closing Vamp

CD 2

Orlando FL *(February 15, 1977)*

01. Love Me
02. If You Love Me (Let Me Know)
03. You Gave Me A Mountain
04. O Sole Mio*/It's Now Or Never
05. All Shook Up/Teddy Bear/Don't Be Cruel
06. Help Me
07. Big Boss Man
08. My Way
09. Introductions
10. Hurt
11. Hound Dog
12. Can't Help Falling In Love

Columbia, SC *(February 18, 1977)*

13. Release Me
14. Tryin' To Get To You

Charlotte, NC *(February 20, 1977)*

15. Fairytale
16. My Way
17. Moody Blue
18. How Great Thou Art

Norman, OK *(MARCH 26, 1977)*

19. Blue Christmas

Abilene, TX *(March 27 1977)*

20. My Way
21. That's All Right

Alexandria, VA *(March 29, 1977)*

22. Bosom Of Abraham/You Better Run

Alexandria, VA *(March 30, 1977)*

23. And I Love You So
24. Fever
25. Hurt

Kalamazoo, MI *(April 26, 1977)*

26. Heartbreak Hotel
27. Blue Suede Shoes

CD 3

Montgomery, AL *(February 16, 1977)*

01. You Gave Me A Mountain
02. O Sole Mio/It's Now Or Never
03. Little Sister
04. Teddy Bear/Don't Be Cruel
05. My Way
06. Polk Salad Annie
07. Hurt
08. Hound Dog
09. Elvis Talks/Striptease
10. Where No One Stands Alone
11. Unchained Melody
12. Can't Help Falling In Love/Closing Vamp

Charlotte, NC *(February 21, 1977)*

13. Are You Lonesome Tonight
14. Reconsider Baby
15. Love Me
16. Moody Blue
17. You Gave Me A Mountain
18. Jailhouse Rock
19. O Sole Mio/It's Now Or Never
20. Little Sister
21. Teddy Bear/Dont Be Cruel
22. My Way
23. Release Me
24. Hurt
25. Why Me Lord

CD 4

Saginaw, MI *(May 3, 1977)*

01. That's All Right
02. Trouble
03. I Got A Woman/Amen
04. Love Me
05. Happy Birthday To You
06. Hound Dog
07. Trying To Get To You
08. Jailhouse Rock
09. My Way
10. Little Sister
11. Teddy Bear/Don't Be Cruel
12. Help Me
13. O Sole Mio/It's Now Or Never
14. Love Me Tender
15. Why Me Lord
16. Polk Salad Annie/Microphone Change Over
17. Polk Salad Annie
18. Mystery Train / Tiger Man
19. Can't Help Falling In Love

Toledo, OH *(April, 23, 1977)*

20. Polk Salad Annie

Duluth, MN *(April 29, 1977)*

21. Big Boss Man
22. Bridge Over Troubled Water

Chicago, IL (May 1, 1977)

23. My Way

Chicago, IL *(May 2, 1977)*

24. Fairytale
25. My Way

-

CD 5

**Madison, WI** (June 24, 1977)

01. See See Rider
02. I Got A Woman/Amen
03. Love Me
04. If You Love Me (Let Me Know)
05. You Gave Me A Mountain
06. Jailhouse Rock
07. O Sole Mio/It's Now Or Never
08. One Night
09. Teddy Bear/Don't Be Cruel
10. And I Love You So
11. Danny Boy
12. Walk With Me
13. Love Me Tender
14. Introductions
15. Early Morning Rain
16. What'd I Say
17. Johnny B. Goode
18. Introductions Continued
19. I Really Don't Want To Know
20. Introductions Conclusion
21. Hound Dog
22. Introduction of Vernon Presley
23. Can't Help Falling In Love
24. Closing Vamp


CD 6
**Indianapolis, IN** *(June 26, 1977)*
01. Also Sprach Zarathustra
02. See See Rider
03. I Got A Woman/Amen
04. Love Me
05. Fairytale
06. You Gave Me A Mountain
07. Jailhouse Rock
08. O Sole Mio / It's Now Or Never
09. Little Sister
10. Teddy Bear/Don't Be Cruel
11. Please Release Me
12. I Can't Stop Loving You
13. Bridge Over Troubled Water
14. Introductions
15. Early Morning Rain
16. What'd I Say
17. Johnny B. Goode
18. Introductions Continued
19. I Really Don't Want To Know
20. Introductions Conclusion
21. Hurt
22. Hound Dog
23. Special Thanks By Elvis
24. Can't Help Falling In Love
25. Closing Vamp


DVD 1

May 22 1977 - Largo, MD - Capital Centre
May 23 1977 - Providence, RI - Civic Center
May 24 1977 - Augusta, ME - Civic Center
May 25 1977 - Rochester, NY - War Memorial
May 26 1977 - Binghampton, NY - Broome County Veterans Memorial
May 24 1977 - Binghampton, NY - Broome County Veterans Memorial
May 28 1977 - Philadelphia, PA - Spectrum
May 29 1977 - Baltimore, MD - Civic Center
June 1, 1977 - Macon, GA - Coliseum

DVD 2

June 18 1977 - Kansas City, MO - Kemper Arena
June 24 1977 - Madison, WI - Dane County Coliseum
June 25 1977 - Cincinnati, OH - Riverfront Coliseum
June 26 1977 - Indianapolis, IN - Market Square Arena

**BONUS FOOTAGE:**

**February 20 1977 – Charlotte, NC - Coliseum**
**May 1 1977 – Chicago, IL - Chicago Stadium**
**May 2 1977 – Chicago, IL - Chicago Stadium**

**DVD 3**

**Omaha, NB** *(June 19, 1977)*

**Also Sprach Zarathustra**
**See See Rider**
**I Got A Woman/Amen**
**That's All Right**
**Are You Lonesome Tonight**
**Love Me**
**Fairytale**
**Little Sister**
**Teddy Bear/Don´t Be Cruel**
**And I Love You So**
**Jailhouse Rock**
**How Great Thou Art**
**Introductions**
**Early Mornin´ Rain**
**What´d I Say**
**Johnny B. Goode**
**Introductions**
**I Really Don´t Want To Know**
**Introductions**
**Hurt**
**Hound Dog**
**0 Sole Mio*/It´s Now Or Never**
**Can´t Help Falling In Love**
**Closing Vamp**

**DVD 4**

**Rapid City, SD** *(June 21, 1977)*

**Backstage Footage**
**Also Sprach Zarathustra**
**See See Rider**
**I Got A Woman/Amen**
**That's All Right**
**Are You Lonesome Tonight**
**Love Me**
**If You Love Me (Let Me Know)**
**You Gave Me A Mountain**
**Jailhouse Rock**
**0 Sole Mio/It´s Now Or Never**
**Trying To Get To You**
**Hawaiian Wedding Song**
**Teddy Bear/Don´t Be Cruel**
**My Way**
**Introductions**
**I Really Don´t Want To Know**
**Introduction of Vernon Presley & Ginger Alden**
**Hurt**
**Hound Dog**
**Unchained Melody**
**Can't Help Falling In Love**
**Closing Vamp**

**DVD 5**

**ELVIS IN CONCERT (The CBS-TV-Special)**

**Opening Credits Incl. Fans´ Comments,**
**Stage Setup and Elvis´ Arrival At Airport**
**Also Sprach Zarathustra**
**See See Rider**
**That's All Right**
**Are You Lonesome Tonight**
**Teddy Bear/Don't Be Cruel**
**Fans´ Comments**
**You Gave Me A Mountain**
**Jailhouse Rock**

Fans´ Comments
How Great Thou Art
Fans´ Comments
Early Mornin´ Rain
I Really Don´t Want To Know
Introduction Of Vernon Presley & Ginger Alden
Hurt
Hound Dog
My Way
Can't Help Falling In Love ( Vernon Presley Interview Inserted)
Closing Vamp
Special Message From Vernon Presley
Closing Credits

Bonus:

CBS TV Trailer
*(October 2, 1977)*

DVD 6 (BONUS DVD)

"Elvis Is Dead"

A collection of news reports from local and major TV stations on the passing of Elvis Presley, recorded in August 1977

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Monday, November 15, 2010 11:17 AM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbailey@yahoo.com>
Sent: Mon, November 8, 2010 4:36:28 PM
Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE.  THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY.
TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE.  SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one of a kind set.  Unlike anything you will ever see in the Elvis world.  It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime.  Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release.  ONLY 1500 copies will be made.  for this reason, I am taking orders now.  If you order, you must send payment immediately,
and understand it will be at least a month before it is released.  If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky.  But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($180.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59.  ....so individually, this would all cost $467. plus shipping.  and I guarantee you, a month after its release, the price will be up over $500.

YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)
*Includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS

## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced that this set will be out before the end of the year but will only be limited to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.  Some expect as much as $500. or more.

**youtube link:**

http://www.youtube.com/watch?v=PC1aVqBT8gY&feature=player_embedded!

**Direct download link (in case youtube is taken down):**

http://www.megaupload.com/?d=2181A2W7

Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER     .                           Sun, December 19, 2010 6:35:58 PM
From: Bud Glass <bglass@nettally co    View Contact
To: Baily Brown <bestofbaileys@yahoo com>

still nothing.   no idea what to do at this point
-----Original Message-----
From: "Baily Brown" <bestofbaileys@yahoo.com>
Sent 12/19/2010 8:08:14 PM
To: "Bud Glass" <bglass@nettally.com>
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Hey Bud--

Any word yet on my payment? I sent a money order to you. Please let me know maybe it is there now...

Bailey Brown
bestofbaileys@yahoo.com
702- 513-7952

----- ---- ------- --- -- ---- - ------- --- ---- ------ -----

From: B ud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Fri, December 17, 2010 9:13:00 PM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

### BOXCAR: THE FINAL CURTAIN – THE FINA L DETAILS

The imminent new Boxcar ⬜⬜ELVIS 77 – THE FINAL CURTAIN' final details are now available.

### LIMITED EDITION OF ONLY 1,500 COPIES MADE.

This comprises of a 400 page jam-packed bo ok with 6 CD'S and 6 DVD's **(PAL ONLY)** with hours of unreleased footage and new complete soundboards all housed in a large and heavy beautiful box set.

The book is pa cked with more than a thousand pictures mostly never before seen with re views, full text featuring all the tours and rare facts etc and, a layou t that made what most people thought impossible to do, a 1977 book final ly look worthy of a release. Printed on beautiful silk paper this hard b ack edition is a must for any fan.

In essen ce, the CD's feature mainly on the earlier tours where as the DV D's are on the later of 1977.
< span style="FONT-SIZE:12pt;FONT-FAMILY:Verdana;">
The 6 CD collection includes 3 new shows featuring the lost recorded performance of Orlando on February 15th, Saginaw 's May 3rd and Madison 's June 24th.

Also included on the CD's are highl ighted show recordings from 1977 and has a new version of Elvis' last show in Indianapolis, which has had an updated transfer from the o riginal dual audience reel tape and re-mastered to exceptional sound qua lity than ever before. This box could not be complete without having the la st show, the final curtain, being in the final sound quality. All of the audio materials contained in the box are taken from 1st gene ration copies of original Soundboard/RCA tapes.

The Orlando show was recorded in binaural with the band and orchestra on the right channel and the piano on the left. Elvis' voice is inaudible on this recording and was considered by many, a lost recording. The most so phisticated re-mastering technique was used to bring Elvis' voic e to the foreground; otherwise, this show would have been lost forever!< /span>
< font face="Verdana" color="black" size="3">
With Madison from June 24th, this is the only complete Elvis show from 1977 to exist on soundboard and to this day, is the last known soundboard recording concert of Elvis Presley to be rele ased.
The material for this show was taken from an original master tape. Although the tape suffered some m inor damage, we are very pleased with the results. Also for the first ti me we have Jerome 'Stump' Munroe on drums instead of Ronnie Tutt.

On the many other recordings on the CD collection, fans will be pleased to know that all tracks previously released have bee n updated and, they will notice the difference. Some of the more recent single song releases from **Abilene** and Chicago have all now been corrected and there is even another bonus 'My Way' unre leased track from Chicago included.

The 6 DVD **(ONLY IN PAL)** c ollection is an absolute must have, this includes 8mm footage with more than 2 hours of unreleased footage with the best sound possible on all footage. The 8mm DVD's are dual layered for maximum length with m aximum quality and all have multi angle viewing. Included in this sectio n is 36 minutes of unreleased footage from Indianapolis alone. Me you really can see Elvis, close!
&nb sp;
The DVD set also includes the CBS TV Special and is a very special treat fo r fans. For the first time ever, using a 1st Generation digit al copy of a TV Station tape, (originally used to broadcast 'The Sp ecial' in October 1977) it has been re-mastered frame by frame a nd now finally, released to fans after 33 years to watch this in all its glory!

We also have the most up to date release of the last 2 professionally filmed Elvis shows taped for the CBS TV Special in 197 7. These were the shows that were recorded in Omaha and Rapid City .

These come from a tape source four generations better than pr eviously used before. Not only have these 2 shows been painstakingly res tored and re-mastered frame by frame, but for the first time, it will in clude new unreleased footage from Rapid City , making this

show prac tically complete. In fact all that is missing is just a few of the intro ductions. The new footage found from Omaha now makes this show 100% c omplete!

This boxset is now sold out due to pre orders. Next release in February

TRACKLISTING:

CD 1

West Palm Beach, FL
(February 13, 1977)

1. Little Sister
2. You Gave Me A Mountain
3. Blue Suede Shoes
< b> 4. O Sole Mio/ It's Now Or Never
5. My Way
6. All Shook Up/Teddy Bear/Don't Be Cruel
7. And I Love You So
8. Fever
9. Blueberry Hill
10. Hurt
1 1. Hound Dog
12. Jailhouse Rock
13. Can't Help Falling In Love

St. Petersburg, FL (Febr uary 14, 1977)

14. </span> If You Love Me (Let Me K now)
15. You Gave Me A Mountain
16. O Sole Mio*/It's Now Or Never
17. All Shook Up/Teddy Bear/Don't Be Cruel
18. And I Love You So
19. Fever
< b> 20. My Way
21. Blueberry Hill
22. Love Letters
23. Introd uctions/Hail Hail Rock n' Roll
24. Hurt
25. Hound Dog < /p>
26. Can't Help Falling In Love
< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda na;">27. Closing Vamp

CD 2

< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda na;">Orlando FL (February 15, 1977)
< p class="MsoNormal">

01. Love Me
02. If You Love Me (Let Me Know)
03. You Gave Me A Mountain
04. O Sole Mio†/It's Now Or Never< /p>
05. All Shook Up/Teddy Bear/Don't Be Cruel
06. Help Me
07. Big B oss Man
08. My Way< /p>
09. Introductions
10. H urt
11. Hound Dog
12. Can't Help Falling In Love

Columbia, SC < /span> (February 18, 1977)

13. Release Me
14. Tryin' To Get To You
< p class="MsoNormal">

Charlotte< b>, NC (Feb ruary 20, 1977)

15. Fairytale
16. My Way
17. Moody Blue
18. How Great Thou Art

Norman< font face="Verdana" color="black">, OK (MARCH 26, 1977)

19. Blue Ch ristmas

*Abilene, TX (March 27 1977)*

*20. My Way*
*21. That's All Right*

*Alexandria, VA< span style="FONT-WEIGHT:bold;COLOR:black;FONT-FAMILY:Verdana;"> (March 29, 1977)*
*&nbs p;*
22. Bosom Of Abraham/You B etter Run

< b>Alexandria , VA (March 30, 1977)

23. And I Love You So
< b>24. Fever
25. Hurt

Kalamazoo, MI (April 26, 1977)
< br>26. Heartbreak Hotel< /span>
27. Blue Suede Shoes


CD 3

Montg omery, AL (February 16, 1977)
< span style="FONT-SIZE:12pt;COLOR:black;FONT-STYLE:italic;FONT-FAMILY:Verd ana;">
01. You Gave Me A Mountain
< p class="MsoNormal"> 02. O Sole Mio/It's Now Or Never

03. Little Sister
04. Teddy Bear/Don' t Be Cruel
05. My Way
06. Polk Salad Annie
07. Hurt
08. Hound Dog< /p>
09. Elvis Talks/Striptease
10. Where No One Stands Alone
11. Un chained Melody
12. Can't Help Falling In Love/Closing Vamp

Charlotte, NC (Febr uary 21, 1977)
&nbs p;
13. Are You Lonesome Tonight
14. Reconsider Baby
15. Love Me
16. Moody Blue
17. You Gave Me A Mountain
18. Jailhouse Rock
19. O Sole Mio/It's Now Or Never
20. Little Sister
21. Teddy Bear/Dont Be Cruel
22. My Way
23. Release Me
24. Hurt
25. Why Me Lord

*CD 4*

*Saginaw, MI< span style="FONT-WEIGHT:bold;COLOR:black;FONT-FAMILY:Verdana;"> (May 3, 1977)*

*01. That' s All Right*
*02. Trouble< /b>*
*03. I Got A Woman/Amen*
*04. Love Me*
*05. Happy Birthday To Yo u*
*06. Hound Dog*
*07. Trying To Get To You*
*08. Jailhouse Rock*
*09. My Way*
10. Little Sister
*1 1. Teddy Bear/Don't Be Cruel*
*12. Help Me*
*13. O Sole Mio/It's Now Or Never*
14. Love Me Tender
15. Why Me Lord
16. Polk Sa lad Annie/Microphone Change Over
17. Pol k Salad Annie
18. Mystery Train / Tiger Man
*19. Can't Help Falling In Love*

Toledo, OH (April, 23, 1977)
< /sup>
20. Polk Salad Annie

Duluth, MN (A.pril 29, 1977)

21. B·ig Boss Man
22. Bridge Over Troubled Water

Chicago, IL (May 1, 1977)

23. My Way

Chicago, IL (May 2, 1977)

24. Fairytale
25. My Way

CD-5
< font face="Verdana" color="blue" size="3"> < /b>
Madison, WI (June 24, 1977)

01. See See Rider
02. I Got A Woman/Amen
03. Love Me< /b>
04. If You Love Me (Let Me Know)
05. You Gave Me A Mountain
06. Jailhouse Rock
07. O Sole Mio/It's Now Or Never
08. One Night
09. Teddy Bear/Don't Be Cruel
10. And I Love You So
11. Danny Boy
12. Walk With Me
13. Love Me Tender
14. Introductions
< font face="Verdana" color="black" size="3">15. Early Morning Rain
16. What'd I Say
17. Johnny B. Goode
18. Introductions Continued
19. I Really Don't Want To Know
20. Introductions Con·clusion
21. Hound Dog< /p>
22. Introduction of Vernon Presley
23. Can't Help Falling In Love
24. Closing Vamp

< /font>
CD-6
Indianapolis, IN (J·une 26, 1977)
01. Also Sprach Zarathustra
02. See See Rider
03. I Got A Woman/Amen
04. Love Me
05. Fairytale
06. You Gave Me A Mountain
07. Jailhouse Rock
08. O Sole Mio / It's Now Or Never
09. Li·ttle Sister
10. Teddy Bear/Don't Be Cr·uel
11. Please Release Me< /b>

12. I Can't Stop Loving You
<p class="MsoNormal"> 13. Bridge Over Troubled Water

1-4. Introductions
15. Early Morning Ra in </p>
16. What'd I Say
17. Jo hnny B. Goode
18. Introductions Continue d
19. I Really Don't Want To Know
20. Introductions Conclusion
21. Hurt
22. Hound-D og
23. Special Thanks By Elvis
24. Can't Help Falling In Love
25. Closing Vamp
-
-
-
DVD 1
-
May 22 1977 - Largo, MD - Capital Centre
May 23 197 7 - Providence, R.I - Civic Center
May 24 1977 - Augusta, ME - Civic Center
May 25 1977 - Rochester, NY - War Memorial
May 26 1977 - Binghempt on, NY - Broome County Veterans Mem orial
May 24 1977 - Binghampton , NY - Broome County Veterans Memorial
May 28 1977 - Philadelphia, P A - Spectrum
May 29 1977 - Baltimore, MD - <font face="Verdana" color="black">Civic Center
June 1, 1977 - Mac on, GA - Coliseum

DVD 2
-
June 18 1977 - Kansas City, MO - Kem per Arena
June 24 1977 - Madison, WI - Dane County Coliseum
June 25 1977 - Cincinnati, OH - Riverfront Coliseum
J une 26 1977 - <span style="COLOR:black;FONT-FAMILY:Verdana;"> Indianapolis <font face="Verdana" color="black">, IN - Market Square Arena
-
BONUS FOOTAGE:
-
February 20 1977 - Charlotte, NC - Coliseum
May 1 1977 - Chicago, IL - Chicago Stadium
May 2 1977 - Chicago, IL - Chicago Stadium
< font face="Verdana" color="black" size="3">

DVD 3
-
<font face="Verdana" color="black" size="3">Omaha </b>, NB (June 19, 1977)
-
Also Sprach Zarathustra
See-Se e Rider
I Got A Woman/Amen
That's All Right
Are Yo u Lonesome Tonight
Love Me
Fairytale
Little Sister
Teddy Bear/Don "t Be Cruel
And I Love You So
Jailhouse Rock
How Great Thou Art
Introductions
Early Mornin' Rain
What 'd I Say

~~Johnny B. Goode~~
~~Introductions~~
~~I Really Don´t Want To Know~~
~~Introductions~~
~~Hurt~~
~~Hound Dog~~
~~O Sole Mio*/It´s Now Or Never~~
~~< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda-na;">Can´t Help Falling In Love~~
~~< font face="Verdana" color="black" size="3"> Closing Vamp~~
~~.~~
~~DVD 4~~
~~< b>~~
~~Rapid City, SD < /span> (June 21, 1977)~~
~~< b>~~
~~Backstage Footage~~
~~Also Sprach Zarathustra~~
~~See See Rider~~
~~I Got A Woman/Amen~~
~~That's All Right~~
~~Are You Lonesome Tonigh t~~
~~Love Me~~
~~If You Love Me (Let Me Kno w)~~
~~You Gav e Me A Mountain~~
~~Jailhouse Rock~~
~~O Sole Mio/It´s Now Or Never~~
~~Trying To Get To You~~
~~Hawaiian Wedding Song~~
~~Teddy Bear/Don´´´t Be Cruel~~
~~My Way~~
~~Intr oductions~~
~~I Really Don´t Want To Know~~
~~Introduction of Vernon Presley & Ginger Alden~~
~~Hurt~~
~~Hound Dog~~
~~Unchained Melody< /b>~~
~~Can't Help Falling In Love~~
~~Closing Vamp~~
~~.~~
~~DVD 5~~
~~< p class="MsoNormal">~~

~~ELVIS IN CONCERT (The CBS TV Special)~~
~~< p class="MsoNormal" style="TEXT-ALIGN:justify;">~~

~~Opening Credits Incl. Fans´ Comments ,~~
~~Stage S etup and Elvis´ Arrival At Airport~~
~~Also Sprach Zarathustra < /p>~~
~~See See Rider~~
~~That's All Right~~
~~Are You Lones ome Tonight~~
~~Teddy Bear/Don't Be Cruel~~
~~Fans´ Comments~~
~~You Gave Me A Mountain~~
~~Jailhouse Rock~~
~~Fans´ Comments~~
~~How Great Thou Art~~
~~Fans´ Comments~~
~~Early Mornin´ Rain~~
~~I Really Don´t Want To Know~~
~~Introduction Of Vernon Presle y & Ginger Alden~~
~~Hurt~~
~~< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda na;">Hound Dog~~
~~My Way~~
~~Can´t Help Falling In Love ( Verno n Presley Interview Inserted)~~

Closing Vem-p

Special Message From Vernon Presley

Closing Credits

Bonus:

CBS TV Trailer

(October 2, 1977)

-

-

DVD 6 (BONUS DVD)

</p>

"Elvis Is Dead"

A collection of news repo rts from local and major TV stations on the passing of Elvis Presley, re corded in August 1977

-

-

-

-

-/

-----Original Message-----

From: Baily Brown

To: Bud Glass

Sent: Monda y, November 15, 2010 11:17 AM

Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <b.glass@nettally.com>

To: Baily Brown <bestofbaileys@yahoo.com>

Sent: Mon, November 8, 2010 4:36:28 PM

Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTL Y BETWEEN US, AND DO NOT FORWARD IT TO ANYONE - THIS IS VERY IMPO RTANT IF YOU WISH TO SEE THIS BECOME A REALITY!

< div> TALK AMONG FA NS SAN OAUGE PROBLEMS SAN JDOPARDIZE THE RELEASE- SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one-of-a-kind set. Unlike anything you will over see in the Elvis world. It is somet hing fans have been waiting a lifetime for. It is not cheap, but believe me when I tell you it is worth every dime. Although it cannot be discussed in more deta il yet, it will contain everything you are hoping for, and more. If you try to purchase a c opy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much a s $600. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY, the same will happen with this limited production, release. ONLY 1 600 copies will be made - for this reason, I am taking orders now. If you order, you must send payment immediately, and understand it will be at least a month before it is released. If you do not order n ow, you risk the real possibility of not being able to ever get this i ncredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky. But I personally would not take a chance on this one.

It seems expensive, but if you break it own, the average GB is $50, and there are 9 in this set ($450.)

the average is $50, and there are 4 in this set ($200.)

The average book is $50 - so individually, this would all cost $167, plus shipping - and I guarantee you, a month after its release, the price will be up over $800.< /div>

YOU CAN ORDER TH IS NOW FOR ONLY $350, PLUS $45, FOR SHIPPING this heavy box set ($395- TOTAL)

Includes the cost of shipping it om overseas to America, then individual shipping again to you.

INQUIRE FOR ORDERING DETAILS

BOXCAR --- ELVIS 77 BOXSET - NEW TRAILER

6x bar

The imminent new Boxcar --- 'ELVIS 77 --- THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book

and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced t hat this set will be out before the end of the year but will only be Limite d to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previou s releases are anything to go by, as soon as it is released, the price is expected to go < /span> much higher.   Some expect as much as $500, or more.

youtube link:

http://www.yo utube.com/watch?v=PGieVqBT8qY&feature=player_embedded!

Direct download link (in case youtube is taken down):

http://www.megaupload.com/?d=2181A2W7

< span style="FONT-SIZE:10pt;FONT FAMILY:Verdana;">

**Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**                                                                    Tue. December 21  2010 4:55:15 AM

From: Bud Glass <bglass@nettally co>     View Contact
To: Baily Brown <bestofbaileys@yahoo com>

no problem.

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Monday, December 20, 2010 1:42 PM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud--

I just sent another payment to your post office box express mail. You should get it between 1-2 days. It was the only thing I could do to make sure that
you would get it. If for some reason you recieve the other money order please do not do anything with it. If you could send it back to me that would be
great, I'm in the process of canceling that money order.

Thanks..

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702-513-7952**

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Sun, December 19, 2010 8:35:58 PM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

still nothing.   no idea what to do at this point
-----Original Message-----
From: "Baily Brown" <bestofbaileys@yahoo.com>
Sent: 12/19/2010 8:08:14 PM
To: "Bud Glass" <bglass@nettally.com>
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Hey Bud--

Any word yet on my payment? I sent a money order to you. Please let me know maybe it is there now....

**Bailey Brown**
**bestofbaileys@yahoo.com**
**702- 513-7952**

From: Bud Glass <bglass@ nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Fri. December 17, 2010 9:13:00 PM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

### BOXCAR: THE FINAL CURTAIN - THE FINA L DETAILS

The imminent new Boxcar ☐☐ELVIS 77 – THE FINAL CURTAIN' final details are now available.

### LIMITED EDITION OF ONLY 1,500 COPIES MADE.

This comprises of a 400 page jam packed bo ok with 6 CD'S and 6 DVD's **(PAL ONLY)** with hours of unreleased footage and new
complete soundboards all housed in a large and heavy beautiful box set.

The book is pa cked with more than a thousand pictures mostly never before seen with re views, full text featuring all the tours and
rare facts etc and, a layou t that made what most people thought impossible to do, a 1977 book final ly look worthy of a release.
Printed on beautiful silk paper this hard b ack edition is a must for any fan.

In essen ce, the CD's feature mainly on the earlier tours where as the DV D's are on the later of 1977.
< span style="FONT-SIZE: 12pt;FONT-FAMILY:Verdana;">
The 6 CD collection includes 3 new shows featuring the lost recorded performance of Orlando on February 15th, Saginaw 's May 3rd
and Madison 's June 24th.

Also included on the CD's are highl ighted show recordings from 1977 and has a new version of Elvis' last show in Indianapolis, which
has had an updated transfer from the o riginal dual audience reel tape and re-mastered to exceptional sound qua lity than ever
before. This box could not be complete without having the la st show, the final curtain, being in the final sound quality. All of the
audio materials contained in the box are taken from 1st gene ration copies of original Soundboard/RCA tapes.

The Orlando show was recorded in binaural with the band and orchestra on the right channel and the piano on the left. Elvis' voice is
inaudible on this recording and was considered by many, a lost recording. The most so phisticated re-mastering technique was used
to bring Elvis' voic e to the foreground; otherwise, this show would have been lost forever!< /span>

< font face="Verdana" color="black" size="3">
With Madison from June 24th, this is the only complete Elvis show from 1977 to exist on soundboard and to this day, is the last known soundboard recording concert of Elvis Presley to be rele ased.
The material for this show was taken from an original master tape. Although the tape suffered som e m inor damage, we are very pleased with the results. Also for the first ti me we have Jerome 'Stump' Munroe on drums instead of Ronnie Tutt.

On the many other recordings on the CD collection, fans will be pleased to know that all tracks previously released have bee n updated, and, they will notice the difference. Some of the more recent single song releases from **Abilene** and Chicago have all now been corrected and there is even another bonus 'My Way' unre leased track from Chicago included.

The 6 DVD (**ONLY IN PAL**) c ollection is an absolute must have, this includes 8mm footage with more than 2 hours of unreleased footage with the best sound possible on all footage. The 8mm DVD's are dual layered for maximum length with m aximum quality and all have multi angle viewing. Included in this sectio n is 36 minutes of unreleased footage from Indianapolis alone. Me you really can see Elvis, close!
&nb sp;
The DVD set also includes the CBS TV Special and is a very special treat fo r fans. For the first time ever, using a 1st Generation digit al copy of a TV Station tape, (originally used to broadcast 'The Sp ecial' in October 1977) it has been re-mastered frame by frame a nd now finally, released to fans after 33 years to watch this in all its glory!

We also have the most up to date release of the last 2 professionally filmed Elvis shows taped for the CBS TV Special in 197 7. These were the shows that were recorded in Omaha and Rapid City .

These come from a tape source four generations better than pr eviously used before. Not only have these 2 shows been painstakingly res tored and re-mastered frame by frame, but for the first time, it will in clude new unreleased footage from Rapid City , making this show prac tically complete. In fact all that is missing is just a few of the intro ductions. The new footage found from Omaha now makes this show 100% c omplete!

This boxset is now sold out due to pre orders. Next release in February

~~TRACKLISTING:~~

~~CD 1~~

~~West Palm Beach, FL~~
~~(February 13, 1977)~~

~~1. Little Sister~~
~~2. You Gave Me A Mountain~~
~~3. Blue Suede Shoes~~
~~< b>4. O Sole Mio/ It's Now Or Never~~
~~5. My Way~~
~~6. All Shook Up/Teddy Bear/Don't Be Cruel~~
~~7. And I Love You So~~
~~8. Fever~~
~~9. Blueberry Hill~~
~~10. Hurt~~
~~1 1. Hound Dog~~
~~12. Jailhouse Rock~~
~~13. Can't Help Falling In Love~~

~~St. Petersburg, FL (Febr uary 14, 1977)~~

~~14. </span> If You Love Me (Let Me K now)~~
~~15. You Gave Me A Mountain~~
~~16. O Sole Mio*/It's Now Or Never~~
~~17. All Shook Up/Teddy Bear/Don't Be Cruel~~
~~18. And I Love You So~~
~~19. Fever~~
~~< b>20. My Way~~
~~21. Blueberry Hill~~
~~22. Love Letters~~
~~23. Introd uctions/Hail Hail Rock n' Roll~~
~~24. Hurt~~
~~25. Hound Dog</ p>~~
~~26. Can't Help Falling In Love~~
~~< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda na;">27. Closing Vamp~~

~~CD 2~~
~~-~~
~~< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verda na;">Orlando FL (February 15, 1977)~~
~~< p class="MsoNormal"> -~~

~~01. Love Me~~
~~02. If You Love Me (Let Me Know)~~
~~03. You Gave Me A Mountain~~
~~04. O Sole Mio†/It's Now Or Never</ p>~~
~~05. All Shook Up/Teddy Bear/Don't Be Cruel~~
~~06. Help Me~~

~~07. Big Boss Man~~
~~08. My Way< /p>~~
~~09. Introductions~~
~~10. Hurt~~
~~11. Hound Dog~~
~~12. Can't Help Falling In Love~~

~~Columbia, SC < /span> (February 18 , 1977)~~

~~13. Release Me~~
~~14. Tryin' To Get To You~~
~~< p class="MsoNormal"> ~~

~~Charlotte < b>, NC (Feb ruary 20, 1977)~~

~~15. Fairytale~~
~~16. My Way~~
~~17. Moody Blue~~
~~18. How Great Thou Art~~

~~Norman < font face="Verdana" color="black">, OK (MARCH 26, 1977)~~

~~19. Blue Christmas~~

~~Abilene, TX (March 27 1977)~~

~~20. My Way~~
~~21. That's All Right~~

~~Alexandria, VA < span style="FONT-WEIGHT:bold;COLOR:black;FONT-FAMILY:Verdana;"> (March 29, 1977)~~
&nbs p;
*22. Bosom Of Abraham/You B etter Run*

*< b>Alexandria , VA (March 30, 1977)*

*23. And I Love You So*
*< b>24. Fever*
*25. Hurt*

*Kalamazoo, MI (April 26, 1977)*
*< br>26. Heartbreak Hotel< /span>*
*27. Blue Suede Shoes*


**CD 3**

*Montg omery, AL (February 16, 1977)*
*< span style="FONT-SIZE:12pt;COLOR:black;FONT-STYLE:italic;FONT-FAMILY:Verd ana;">*
*01. You Gave Me A Mountain*
*< p class="MsoNormal"> 02. O Sole Mio/It's Now Or Never*

*03. Little Sister*
*04. Teddy Bear/Don' t Be Cruel*
*05. My Way*
*06. Polk Salad Annie*
*07. Hurt*
*08. Hound Dog< /p>*
*09. Elvis Talks/Striptease*
*10. Where No One Stands Alone*
*11. Un chained Melody*
*12. Can't Help Falling In Love/Closing Vamp*

*Charlotte, NC (Febr uary 21, 1977)*
*&nbs p;*
*13. Are You Lonesome Tonight*
*14. Reconsider Baby*
*15. Love Me*
*16. Moody Blue*
*17. You Gave Me A Mountain*
*18. Jailhouse Rock*
*19. O Sole Mio/It's Now Or Never*
*20. Little Sister*
*21. Teddy Bear/Dont Be Cruel*
*22. My Way*
*23. Release Me*
*24. Hurt*
*25. Why Me Lord*

~~CD 4~~

*Saginaw, MI< span style="FONT-WEIGHT:bold;COLOR:black;FONT-FAMILY:Verdana;"> (May 3, 1977)*

*01. That's All Right*
*02. Trouble</b>*
*03. I Got A Woman/Amen*
*04. Love Me*
*05. Happy Birthday To You*
*06. Hound Dog*
*07. Trying To Get To You*
*08. Jailhouse Rock*
*09. My Way*
*10. Little Sister*
*11. Teddy Bear/Don't Be Cruel*
*12. Help Me*
*13. O Sole Mio/It's Now Or Never*
*14. Love Me Tender*
*15. Why Me Lord*
*16. Polk Sa lad Annie/Microphone Change Over*
*17. Pol k Salad Annie*
*18. Mystery Train / Tiger Man*
*19. Can't Help Falling In Love*

*Toledo, OH (April, 23, 1977)*
*-< /sup>*
*20. Polk-Saled Annie*

*Duluth, MN (A pril 29, 1977)*

*21. B ig Boss Man*
*22. Bridge Over Troubled Water*

*Chicago, IL (May 1, 1977)*

*23. My Way*

*Chicago, IL (May 2, 1977)*

*24. Fairytale*
*25. My Way*

*CD 5*
*< font face="Verdana" color="blue" size="3"> </b>*
*Madison, WI (June 24, 1977)*

*01. See See Rider*
*02. I Got A Woman/Amen*
*03. Love Me</b>*
*04. If You Love Me (Let Me Know)*
*05. You Gave Me A Mountain*
*06. Jailhouse Rock*
*07. O Sole Mio/It' s Now Or Never*
*08. One Night*
*09. Teddy Bear/Don't Be Cruel*
*10. And I Love You So*
*11. Danny Boy*
*12. Walk With Me*
*13. Love Me Tender*
*14. Introductions*
*< font face="Verdana" color="black" size="3">15. Early Morning Rain*
*16. What'd I Say*
*17. Johnny B. Goode*
*18. Introductions Continued*
*19. I Really Don't Want To Know*
*20. Introductions Con-clusion*
*21. Hound Dog </p>*
*22. Introduction of Vernon Presley*
*23. Can't Help Falling In Love*
*24. Closing Vamp*

~~</font>~~
~~CD-6~~
~~Indianapolis, IN (June 26, 1977)~~
~~01. Also Sprach Zarathustra~~
~~02. See See Rider~~
~~03. I Got A Woman/Amen~~
~~04. Love Me~~
~~05. Fairytale~~
~~06. You Gave Me A Mountain~~
~~07. Jailhouse Rock~~
~~08. O Sole Mio / It's Now Or Never~~
~~09. Little Sister~~
~~10. Teddy Bear/Don't Be Cruel~~
~~11. Please Release Me</b>~~
~~12. I Can't Stop Loving You~~
~~< p class="MsoNormal"> 13. Bridge Over Troubled Water~~

~~14. Introductions~~
~~15. Early Morning Rain </p>~~
~~16. What'd I Say~~
~~17. Johnny B. Goode~~
~~18. Introductions Continued~~
~~19. I Really Don't Want To Know~~
~~20. Introductions Conclusion~~
~~21. Hurt~~
~~22. Hound Dog~~
~~23. Special Thanks By Elvis~~
~~24. Can't Help Falling In Love~~
~~25. Closing Vamp~~


~~DVD-1~~

~~May 22 1977 - Largo, MD - Capital Centre~~
~~May 23 1977 - Providence, R.I - Civic Center~~
~~May 24 1977 - Augusta, ME - Civic Center~~
~~May 25 1977 - Rochester, NY - War Memorial~~
~~May 26 1977 - Binghampton, NY - Broome County Veterans Mem orial~~
~~May 24 1977 - Binghampton , NY - Broome County Veterans Memorial~~
~~May 28 1977 - Philadelphia, P A - Spectrum~~
~~May 29 1977 - Baltimore, MD - < font face="Verdana" color="black">Civic Center~~
~~June 1, 1977 - Mac on, GA - Coliseum~~

~~DVD-2~~

~~June 18 1977 - Kansas City, MO - Kem per Arena~~
~~June 24 1977 - Madison, WI - Dane County Coliseum~~
~~June 25 1977 - Cincinnati, OH - Riverfront Coliseum~~
~~Jun e 26 1977 - < span style="COLOR:black;FONT-FAMILY:Verdana;">Indianapolis < font face="Verdana" color="black">, IN - Market Square Arena~~

~~BONUS FOOTAGE:~~

~~February 20 1977 - Charlotte, NC - Coliseum~~
~~May 1 1977 - Chicago, IL - Chicago Stadium~~
~~May 2 1977 - Chicago, IL - Chicago Stadium~~
~~< font face="Verdana" color="black" size="3"> -~~

~~DVD-3~~

~~< font face="Verdana" color="black" size="3">Omaha </b> , NB (June 19, 1977)~~

~~Also Sprach Zarathustra~~
~~See Se e Rider~~
~~I Got A Woman/Amen~~

That's All Right
Are You Lonesome Tonight
Love Me
Fairytale
Little Sister
Teddy Bear/Don´t Be Cruel
And I Love You So
Jailhouse Rock
How Great Thou Art
Introductions
Early Mornin´ Rain
What ´d I Say
Johnny B. Goode
Introduct ions
I Really Don´t Want To Know
Introductions
Hurt
Ho und Dog
O Sole Mio/It´s Now Or Never
< span style="FONT- WEIGHT:bold;FONT- SIZE:12pt;COLOR:black;FONT- FAMILY:Verda na;"> Can´t Help Falling In Love
< font face="Verdana" color="black" size="3"> Closing Vamp

DVD 4
- < b>
Rapid City, SD < /span> (June 21, 1977)
< b>
Backstage Footage
Also Sprach Zarathustra
See See Rider
I Got A Woman/Amen
That's All Right
Are You Lonesome Tonigh t
Love Me
If You Love Me (Let Me Kno w)
You Gav e Me A Mountain
Jailhouse Rock
O Sole Mio/It´s Now Or Never
Trying To Get To You
Hawaiian Wedding Song
Teddy Bear/Don⊠t Be Cruel
My Way
Intr oductions
I Really Don´t Want To Know
Introduction of Vernon Presley & Ginger Alden
Hurt
Hound Dog
Unchained Melody < /b>
Can't Help Falling In Love
Closing Vamp

DVD 5
< p class="MsoNormal">
ELVIS IN CONCERT (The CBS TV Special)
< p class="MsoNormal" style="TEXT-ALIGN:justify;">
Opening Credits Incl. Fans´ Comments ,
Stage S etup and Elvis´ Arrival At Airport
Also Sprach Zarathustra < /p>
See See Rider
That's All Right
Are Your Lones ome Tonight
Teddy Bear/Don't Be Cruel
Fans´ Comments
You Gave Me A Mountain

Jailhouse Rock

Fans' Comments

How Great Thou Art

Fans' Comments

Early Mornin' Rain

I Really Don't Want To Know

Introduction Of Vernon Presley & Ginger Alden

Hurt

< span style="FONT-WEIGHT:bold;FONT-SIZE:12pt;COLOR:black;FONT-FAMILY:Verdana;"> Hound Dog

My Way

Can't Help Falling In Love ( Vernon Presley Interview Inserted)

Closing Vamp

Special Message From Vernon Presley

Closing Credits

Bonus:

CBS TV Trailer

(October 2, 1977)

DVD-6 (BONUS DVD)

< /p>

"Elvis Is Dead"

A collection of news reports from local and major TV stations on the passing of Elvis Presley, recorded in August 1977

-т

------ Original Message ------

From: Bailey Brown

For Bud Glass

Sent: Monday, November 15, 2010 11:17 AM

Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <bglass@nettally.com>

For Bailey Brown <bestofbaileys@yahoo.com>

Sent: Mon, November 8, 2010 4:36:28 PM

Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE - THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY.

< div > TALK AMONG FANS CAN CAUSE PROBLEMS CAN JESPARDIZE THE RELEASE - SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one-of-a-kind set - Unlike anything you will ever see in the Elvis world - It is something fans have been waiting a lifetime for.

It is not cheap, but believe me when I tell you it is worth every dime - Although it cannot be discussed in more detail if yet, it will contain everything you are hoping for, and more - If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much a a $600. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.

the same will happen with this limited production release - ONLY 1500 copies will be made - for this reason I am taking orders now - If you order, you must send payment immediately, and understand it will be at least a month before it is released- If you do not order a ow, you risk the real possibility of not being able to ever get this I incredible box set

in the future, feel free to ask if there are any left at that time and you may get lucky- But I personally would not take a chance on this one.

I seems expensive, but if you break it d own, the average DD is $25, and there are 6 in this set (\$150.)

the average DVD is 50¢, and there are 6 in this set (\$228.)

The average books is \$50, worth individually, this would at cost $467, plus hipping - and I guarantee y ou, a month after its release, the price will be up over \$500. +div+

YOU CAN ORDER THIS NOW FOR ONLY \$350, PLUS \$15, FOR SHIPPING (No heavy box set (\$365. TOTAL)

Includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS*

**BOXCAR - ELVIS 77 BOXSET - NEW TRAILER**

*boxxx*

*The imminent new Boxcar* ==ELVIS 77 - THE FINAL CURTAIN*' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.*

*It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced t hat this set will be out before the end of the year but will only be Limite d to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previou s releases are anything to go by, as soon as it is released, the price is expected to go < /span> much higher. - Some expect as much as $500. or more.*

*youtube link:*

*http://www.yo utube.com/watch?v=PG1sYgBTBgY&feature=player_embedded#*

-

*Direct download link (in case youtube is taken down):*

*http://www.megaupload.com/?d=21Q1A2WZ*

*< span style="FONT-SIZE:10pt;FONT-FAMILY:Verdana;">*

**Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER**

Wed, January 19, 2011 4:26:49 PM

From: Bud Glass <bglass@nettally.co    View Contact
To: Baily Brown <bestofbaileys@yahoo.com>

THE FINAL CURTAIN - 77" BOX SET was sent to you today, priority mail / signature required.
please let me know when it comes in.
YOU ARE GONNA LOVE THIS!!!

----- Original Message -----
From: Baily Brown
To: Bud Glass
Sent: Monday, November 15, 2010 11:17 AM
Subject: Re: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

Bud-

Please let me know when I can order this! I would like to put in an order A.S.A.P!!

Thanks so much,

Bailey Brown

From: Bud Glass <bglass@nettally.com>
To: Baily Brown <bestofbaileys@yahoo.com>
Sent: Mon, November 8, 2010 4:36:28 PM
Subject: Fw: PRESS RELEASE: BOXCAR 'ELVIS 77' NEW TRAILER

PLEASE KEEP THIS E-MAIL STRICTLY BETWEEN US, AND DO NOT FORWARD IT TO ANYONE. THIS IS VERY IMPORTANT IF YOU WISH TO SEE THIS BECOME A REALITY.
TALK AMONG FANS CAN CAUSE PROBLEMS CAN JEOPARDIZE THE RELEASE. SO PLEASE KEEP THIS INFORMATION TO YOURSELF.

The following box set is a one of a kind set. Unlike anything you will ever see in the Elvis world. It is something fans have been waiting a lifetime for.
It is not cheap, but believe me when I tell you it is worth every dime. Although it cannot be discussed in more detail yet, it will contain everything you are hoping for, and more.
If you try to purchase a copy of THAT'S THE WAY IT IS COMPLETE WORKS now, you will pay as much as $500. IF YOU ARE LUCKY ENOUGH TO EVEN FIND A COPY.
the same will happen with this limited production release. ONLY 1500 copies will be made. for this reason, I am taking orders now. If you order, you must send payment immediately,
and understand it will be at least a month before it is released. If you do not order now, you risk the real possibility of not being able to ever get this incredible box set.

In the future, feel free to ask if there are any left at that time and you may get lucky. But I personally would not take a chance on this one.

It seems expensive, but if you break it down, the average CD is $30. and there are 6 in this set ($180.)
the average DVD is $38. and there are 6 in this set ($228.)
The average books is $59. ....so individually, this would all cost $467. plus shipping. and I guarantee you, a month after its release, the price will be up over $500.

YOU CAN ORDER THIS NOW FOR ONLY $350. PLUS $15. FOR SHIPPING this heavy box set ($365. TOTAL)
*Includes the cost of shipping from overseas to America, then individual shipping again to you.

*INQUIRE FOR ORDERING DETAILS

## BOXCAR – ELVIS 77 BOXSET  NEW TRAILER

The imminent new Boxcar 'ELVIS 77 – THE FINAL CURTAIN' release have just issued its second trailer focussing only on the 400 page book and the 2 DVD's containing the 8mm movies.

It is understood that this is part of a 6 DVD and 6 CD package promising unreleased footage and new complete soundboards. However due to security issues, further contents of the box cannot be revealed at this time. In the meantime further details have surfaced that this set will be out before the end of the year but will only be Limited to 1500 copies. It is also estimated that the initial cost is around the 350 dollar mark or sleightly higher. If any of their previous releases are anything to go by, as soon as it is released, the price is expected to go much higher.  Some expect as much as $500. or more.

**youtube link:**

http://www.youtube.com/watch?v=PC1aVqBT8qY&feature=player_embedded!

**Direct download link (in case youtube is taken down):**

http://www.megaupload.com/?d=2181A2W7