UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
DIVISION TALLAHASEE

C.A. NO. 4:11 cv50-SPM/WCS

| | |
|---|---|
| ELVIS PRESLEY ENTERPRISES, INC. and ELVIS PRESLEY ENTERPRISES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BUD GLASS PRODUCTIONS and BUD GLASS, Individually and as officer, director, employee and shareholder of BUD GLASS PRODUCTIONS INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*Stipulation of Dismissal of Claims*

Now come the Parties Elvis Presley Enterprises, Inc. and Elvis Presley Enterprises, LLC and Defendants Bud Glass individually and d/b/a as Bud Glass Productions in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (ii) to dismiss all claims with prejudice, without costs and waiving all rights of appeal.

TIMOTHY J. ERVIN
SCOTT D. CARMAN
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824
(978) 256-6041
Email: tim@gallant-ervin.com

*Attorneys for Plaintiffs*

CHRISTOPHER LYNN, ESQ.
5288 Oxford Crest Drive
Jacksonville, FL 32258
(904) 738-1672
Email: chip.lynn@fnf.com

*Attorney for Defendants*

FINAL EXECUTION