IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELVIS PRESLEY
ENTERPRISES, INC. et al.,

      Plaintiffs,

v.                                      CASE NO. 4:11cv50-RH/WCS

BUD GLASS PRODUCTIONS et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

Based on the order noting entry of consent order ( ECF No. 32), the consent order (ECF No. 33), and the stipulation of dismissal (ECF No. 34),

IT IS ORDERED:

The clerk must enter judgment stating, "The parties are ordered to comply with the consent order. The court reserves jurisdiction to enforce the consent order. All claims in this case are dismissed with prejudice." The clerk must close the file.

SO ORDERED on July 11, 2011.

                                              s/Robert L. Hinkle
                                              United States District Judge