UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELVIS PRESLEY ENTERPRISES INC,
et al.,

    VS                                          CASE NO.  4:11-cv-00050-RH-WCS

BUD GLASS PRODUCTIONS, et al.,

**JUDGMENT**

The parties are ordered to comply with the consent order. The court reserves jurisdiction to enforce the consent order. All claims in this case are dismissed with prejudice.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

July 12, 2011                            s/ Kayla Bruner
DATE                                         Deputy Clerk: Kayla Bruner